# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WHITING, DDS, INC. d/b/a WHITING FAMILY DENTAL,<br><br>Plaintiff,<br><br>vs.<br><br>END PRODUCT RESULTS, LLC d/b/a GOLDEN DENTAL SOLUTIONS,<br><br>Defendant. | Case No. 5:16-cv-00655<br><br>*[Hon. Beverly Reid O'Connell]*<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL** |

The Court, having considered the Stipulation for Dismissal (the "Stipulation"), and good cause appearing thereof, ORDERS AS FOLLOWS:

1. The Stipulation is GRANTED.
2. The above-entitled action is hereby dismissed with prejudice, with each party to bear their own attorney's fees, costs and expenses.

IT IS SO ORDERED.

DATED: January 30, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge